# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Peterson, Michelle L. | United States District Court- Western District of Washington | 04/20/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Magistrate Judge (FT) | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

United States Courthouse
700 Stewart Street
Seattle, WA 98101-9906

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Attorney | Michelle Peterson Law, PLLC |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Peterson, Michelle L. | 04/20/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | Michelle Peterson Law, PLLC | $58,724.03 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | TD Ameritrade (salary) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Peterson, Michelle L. | 04/20/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Wells Fargo | Personal line of credit | None |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Peterson, Michelle L. | 04/20/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Individual Assets (H) | | | | | | | | | |
| 2. Wells Fargo (cash) | A | Interest | J | T | | | | | |
| 3. Rental Property, Snoqualmie Pass, WA | E | Rent | M | W | | | | | |
| 4. 401k (H) | | | | | | | | | |
| 5. TD Ameritrade Insured Deposit Account Bank NA (cash) | A | Interest | J | T | | | | | |
| 6. Invesco QQQ Trust Ser 1 (QQQ) | A | Dividend | L | T | | | | | |
| 7. IShares Core S&P SCP ETF (IJR) | A | Dividend | J | T | Buy | 07/18/19 | J | | |
| 8. | | | | | Buy (add'l) | 08/26/19 | J | | |
| 9. Healthcare Select Sector SPDR Trust (XLV) | A | Dividend | K | T | Sold | 06/26/19 | K | | |
| 10. | | | | | Buy | 11/22/19 | K | | |
| 11. Consumer Staples Select Sector SPDR (XLP) | A | Dividend | K | T | Buy (add'l) | 06/26/19 | J | | |
| 12. | | | | | Buy (add'l) | 08/26/19 | J | | |
| 13. Consumer Discretionary Select Sector SPDR Trust (XLY) | A | Dividend | | | Buy (add'l) | 08/26/19 | J | | |
| 14. | | | | | Sold | 11/22/19 | K | | |
| 15. SPDR S&P 500 Tr Unit (SPY) | A | Dividend | L | T | Buy (add'l) | 08/26/19 | J | | |
| 16. SPDR Series Trust SPDR Bloomberg ETF (BIL) | A | Dividend | L | T | Buy (add'l) | 07/18/19 | J | | |
| 17. | | | | | Buy (add'l) | 08/26/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Peterson, Michelle L. | 04/20/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. VANGUARD FTSE DEV MKT ETF (VEA) | A | Dividend | J | T | Buy | 08/26/19 | J | | |
| 19. Vanguard FTSE Emerging Markets ETF (VWO) | A | Dividend | J | T | Buy | 08/26/19 | J | | |
| 20. Vanguard Mid Cap ETF (VO) | A | Dividend | L | T | Buy (add'l) | 08/26/19 | J | | |
| 21. Vanguard Growth ETF (VUG) | A | Dividend | J | T | Buy (add'l) | 08/26/19 | J | | |
| 22. Vanguard Value ETF (VTV) | A | Dividend | K | T | Buy (add'l) | 08/26/19 | J | | |
| 23. Doubleline Total Return Bond I (DBLTX) | B | Dividend | K | T | Buy (add'l) | 08/26/19 | J | | |
| 24. Doubleline Total Return Bond N (DLTNX) | A | Dividend | J | T | Buy (add'l) | 08/26/19 | J | | |
| 25. Doubleline Flexible Income N (DLINX) | A | Dividend | J | T | | | | | |
| 26. Doubleline Flexible Income I (DFLEX) | B | Dividend | K | T | | | | | |
| 27. Doubleline Shiller Enhanced Cape I (DSEEX) | B | Dividend | K | T | | | | | |
| 28. Oppenheimer Intl Small Co Y (OSMYX) | A | Dividend | K | T | | | | | |
| 29. Lord Abbett Ultra Short Bond I (LUBYX) | B | Dividend | L | T | | | | | |
| 30. Lord Abbett Ultra Short Bond A (LUBAX) | A | Dividend | J | T | Buy | 08/26/19 | J | | |
| 31. Metropolitan West Unconstrained Bond I (MWCIX) | C | Dividend | K | T | Buy (add'l) | 06/19/19 | J | | |
| 32. | | | | | Buy (add'l) | 08/26/19 | J | | |
| 33. PIMCO Income Fd Cl A (PONAX) | A | Dividend | J | T | Buy (add'l) | 08/26/19 | J | | |
| 34. PIMCO Fds Income Instl (PIMIX) | C | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| Peterson, Michelle L. | 04/20/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. IRA #1 (H) | | | | | | | | | |
| 36. iShares Core S&P SCP ETF (IJR) | A | Dividend | L | T | | | | | |
| 37. Consumer Staples Select Sector SPDR Trust (XLP) | A | Dividend | J | T | Buy (add'l) | 06/26/19 | J | | |
| 38. Utilities Select Sector SPDR Trust (XLU) | A | Dividend | K | T | | | | | |
| 39. SPDR S&P 500 ETF Trust (SPY) | A | Dividend | J | T | | | | | |
| 40. Vanguard FTSE Developing Market ETF (VEA) | B | Dividend | L | T | | | | | |
| 41. Vanguard FTSE Emerging Markets ETF (VWO) | B | Dividend | K | T | Sold (part) | 06/26/19 | J | | |
| 42. Vanguard Mid Cap ETF (VO) | A | Dividend | K | T | | | | | |
| 43. Vanguard Growth ETF (VUG) | A | Dividend | J | T | | | | | |
| 44. Vanguard Value ETF (VTV) | A | Dividend | J | T | | | | | |
| 45. Doubleline Total Return Bond I (DBLTX) | C | Dividend | M | T | | | | | |
| 46. Invesco Opphmr Intl Sm Mid Co Y (OSMYX) | B | Dividend | K | T | | | | | |
| 47. Brokerage #1 (H) | | | | | | | | | |
| 48. TD Ameritrade Holding Corp Com (AMTD) | A | Dividend | K | T | Sold | 04/12/19 | K | | |
| 49. | | | | | Buy | 12/14/19 | K | | |
| 50. Omaha 529 College Savings Plan #1 (H) | | | | | | | | | |
| 51. TD Ameritrade College Savings Plan - Age Based Growth 13-14 (X) | | None | | | Sold | 05/06/19 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Peterson, Michelle L.** | 04/20/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. TD Ameritrade College Savings Plan - Age Based Growth 15-16 | | None | | | Buy | 05/06/19 | L | | |
| 53. | | | | | Sold | 11/15/19 | L | | |
| 54. TD Ameritrade College Savings Plan - Age Based Core 15-16 | | None | L | T | Buy | 11/15/19 | L | | |
| 55. Omaha 529 College Savings Plan #2 (H) | | | | | | | | | |
| 56. TD Ameritrade College Savings Plan - Age Based Growth 11-12 (X) | | None | | | Sold | 08/05/19 | L | | |
| 57. TD Ameritrade College Savings Plan - Age Based Growth 13-14 | | None | | | Buy | 08/05/19 | L | | |
| 58. | | | | | Sold | 11/15/19 | L | | |
| 59. TD Ameritrade College Savings Plan - Age Based Core 13-14 | | None | L | T | Buy | 11/15/19 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Peterson, Michelle L. | 04/20/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I, line 1, and Part III A., line 1: Employment prior to taking the bench.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

Part VII, lines 5, 10-13, 16, 22, 28, 32, 43, 46, 47, and 55 of the initial report were sold prior to the 2019 reporting period.

Part VII: IRA #1 and IRA #2 of the initial report were consolidated in 2019; this consolidation did not involve reportable transactions.

| Name of Person Reporting | Date of Report |
|---|---|
| **Peterson, Michelle L.** | 04/20/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Michelle L. Peterson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544